# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>OSCAR EUSEBIO BARRON-BOTELLO,<br>a.k.a. Manuel Meza-Sandoval,<br>a.k.a. Miguel Barron-Botello,<br><br>                    Defendant. | Case No. 23-cr-01274-AGS<br><br>**ORDER and JUDGMENT OF DISMISSAL** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above-entitled case be dismissed without prejudice.

**IT SO ORDERED.**

DATED: October __13__, 2023

_____
HON. ANDREW G. SCHOPLER
United States District Judge